UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY HODGES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE HERTZ CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03785-DMR<br><br>**ORDER RE AUGUST 2, 2018 LETTERS**<br><br>Re: Dkt. Nos. 54, 55 |

　　　　The court has reviewed the parties' August 2, 2018 letters. [Docket Nos. 54, 55.] Special Master Takahashi does not have authority to change the case management schedule. If a party wishes to seek relief from a court-imposed deadline, the parties should first meet and confer and attempt to reach a stipulation and proposed order. If that is not successful, the moving party should seek relief from the court, using Judge Ryu's joint letter process.

**IT IS SO ORDERED.**

Dated: August 3, 2018



Donna M. Ryu
United States Magistrate Judge