JOHN W. RANUCCI, SBN 184801
jwr@llcllp.com
SHEENA B. PATEL, SBN 297008
spatel@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
2030 Franklin Street, 6th Floor
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
THE HERTZ CORPORATION,
FIREFLY RENT A CAR LLC,
DOLLAR THRIFTY AUTOMOTIVE GROUP,
INC., and DTG OPERATIONS, INC.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIFFANY HODGES, as Guardian ad Litem for JARRELL LEWIS and DANIEL LEWIS, minors and sole heirs of NEIL LEWIS, deceased; KAREN JOYCE LEWIS; and ALFREDO LEWIS,

Plaintiffs,

v.

THE HERTZ CORPORATION, FIREFLY RENT A CAR, LLC, RENTAL CAR TRANSPORT, LLC, DOES 1 Through 50, inclusive,

Defendants.

Case No. 4:17-cv-03785-DMR

**STIPULATION AND [~~PROPOSED~~] ORDER RE: PLAINTIFFS' DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Judge: Honorable Donna M. Ryu

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL

IT IS HEREBY STIPULATED by and between Plaintiffs TIFFANY HODGES, as Guardian ad Litem for JARRELL LEWIS and DANIEL LEWIS, minors and sole heirs of NEIL LEWIS, deceased; KAREN JOYCE LEWIS; and ALFREDO LEWIS, and Defendants THE HERTZ CORPORATION, FIREFLY RENT A CAR LLC, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., and DTG OPERATIONS, INC., by and through their designated counsel, that the above-captioned matter be and hereby is dismissed with prejudice. Each party to bear their own fees and costs.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Dated: June 25, 2019

BRENT, FIOL & PRATT LLP

By: */s/ Joseph P. Brent*
JOSEPH BRENT
Attorneys for Plaintiffs TIFFANY HODGES, as Guardian ad Litem for JARELL LEWIS and DANIEL LEWIS, minors and sole heirs of NEIL LEWIS, deceased; KAREN JOYCE LEWIS; and ALFREDO LEWIS

Dated: June 25, 2019

LOMBARDI, LOPER & CONANT, LLP

By: */s/ John W. Ranucci*
JOHN W. RANUCCI
SHEENA B. PATEL
Attorneys for Defendants
THE HERTZ CORPORATION, FIREFLY RENT A CAR LLC, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. and DTG OPERATIONS, INC.

IT IS SO ORDERED.

Dated: June 27, 2019

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Donna M. Ryu
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE
DONNA M. RYU